# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:   1:18-cv-00471

ANTHONY PAUL,
    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation
    Defendant

___

## STIPULATION TO DISMISS WITH PREJUDICE
___

IT IS HEREBY STIPULATED by and between the Plaintiff , Anthony Paul and Defendant, Liberty Mutual Insurance Company that this matter be dismissed with prejudice, each party to pay their or its own costs and attorney's fees.

IT IS FURTHER STIPULATED that upon presentment of this Stipulation, properly signed by the attorney for the Plaintiff and the Defendant, the Court may enter an Order pursuant to the terms thereof.

DATED this 29th day of May, 2018.

MARTENS & ASSOCIATES, P.C.

*/s/ Mark Martens*                               */s/ Lyndsay Arundel*
_____      _____
Mark P. Martens                              Lyndsay K. Arundel, Esq.
ATTORNEY FOR PLAINTIFFS        ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of May, 2018, I have served a true and correct copy of the above and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE**, to the undersigned at the e-mails addressed below and via facsimile to the number listed below.

Brian J. Spano is lead counsel, bspano@lrrc.com
Lyndsay K. Arundel, Esq.
1200 17th Street, Ste. 3000
Denver CO 80202
bspano@lrrc.com
larundel@lrrc.com

                                                      **/s/** *Tracy L. Schneider*
                                                  _____